The court being without jurisdiction ratione materiæ, it only remains for us to dismiss the appeal.

For the reasons assigned, the appeal is dismissed.

---

(33 South. 309.)

No. 14,620.

STATE ex rel. GRENIER et al. v. COUVILLON, Judge.*

(Dec. 15, 1902.)

MANDAMUS—PROHIBITION—NOTICE OF APPLICATION.

1. Under the rules of this court an application for mandamus and prohibition will be denied when notice of the intention to make the application has not been served on the parties in interest, and exception of the failure to give such notice is insisted on.

(Syllabus by the Court.)

Application by the state, on the relation of Marie Grenier, wife of Alfred J. Mayer, and

*Rehearing denied January 19, 1903.

others, for writs of mandamus and prohibition. Application denied.

Adolph J. Lafargue and H. C. Edwards, for relators. Adolph Vallery Coco, for respondent.

PROVOSTY, J. Section 2 of rule 12 of this court (21 South. xi) provides as follows:

"The court will entertain no application for writs of prohibition, mandamus and the like, unless previous notice of intention to make such application shall have been given to the presiding judge of the lower court and to the opposite party or his counsel; the service of such notice to be made to appear by affidavit."

Exception is made by the parties in interest that this rule has not been complied with, and, since an inspection of the record shows this exception to be well founded, the application is denied, at the cost of the relators.